IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SIERRA CLUB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:10-cv-00835-LA ) |
| WISCONSIN POWER AND LIGHT COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS BY THREE MONTHS

The parties have jointly moved the Court to stay all proceedings for three months while the parties engage in settlement negotiations. Being sufficiently advised, the Court hereby GRANTS the parties' motion and ORDERS:

1. All proceedings in this action are stayed for three months.

2. Defendant's motion to dismiss is denied without prejudice and may be renewed when the stay is lifted.

3. As a result, a status conference is scheduled for **May 25, 2011 at 11:00 a.m.** The court will initiate the call.

4. If settlement is reached, the parties shall promptly notify the Court.

Dated this 24th day of February 2011.

/s_____
LYNN ADELMAN
District Judge