IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10-cv-00835-LA |
| | ) | |
| WISCONSIN POWER AND | ) | |
| LIGHT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION TO STAY ALL DISCOVERY AND SCHEDULING DEADLINES PENDING ENTRY OF AN ANTICIPATED CONSENT DECREE**

The parties have jointly moved the Court to stay all discovery and scheduling deadlines pending entry of an anticipated Consent Decree. Being sufficiently advised, the Court hereby GRANTS the parties' motion and ORDERS:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all discovery and scheduling deadlines are hereby stayed for sixty (60) days (to and including February 15, 2012), so that the Parties and EPA may finalize and file a proposed Consent Decree. The Parties shall file a status report with the Court if no consent decree is filed by February 15, 2012.

Dated this 23rd day of December 2011.

s/_____
LYNN ADELMAN
District Judge