IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10-cv-00835-LA |
| | ) | |
| WISCONSIN POWER AND | ) | |
| LIGHT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING JOINT SETTLEMENT STATUS REPORT

The parties having filed their Joint Settlement Status Report, which requests that the Court continue to stay all case management deadlines. Being sufficiently advised, the Court hereby ORDERS:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Court hereby continues to stay all case management deadlines so that the Parties and EPA may finalize and file a proposed Consent Decree. The Parties shall file a Settlement Status Report with the Court by July 15, 2012 if no Consent Decree is filed by that date.

Dated this 17th day of April 2012.

s/Lynn Adelman
Lynn Adelman
District Judge

Distribution:

David C. Bender
Christa Westerberg
Pamela R. McGillivray
McGillivray Westerberg & Bender
Email: bender@mwbattorneys.com
Email: westerberg@mwbattorneys.com
Email: mcgillivray@mwbattorneys.com

Robert R. Clark
Scott R. Alexander
Taft Stettinius & Hollister
Email: rclark@taftlaw.com
Email: salexander@taftlaw.com

Bruce A. Schultz
Coyne Schultz Becker & Bauer
Email: bschult@cnsbb.com

1584327.1