IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SIERRA CLUB,                )
                            )
    Plaintiff,   )
                            )
  v.                   )  Civil Action No. 2:10-cv-00835-LA
                            )
WISCONSIN POWER AND         )
LIGHT COMPANY,              )
                            )
    Defendant.   )

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this cause, with prejudice. All claims have been resolved by the Consent Decree filed in the Western District Court, Case No. 3:13-cv-00265-WMC.

    Respectfully submitted,

    /s/ Robert R. Clark
    Robert R. Clark, No. 3488-49
    Scott R. Alexander, No. 16345-49

TAFT STETTINIUS & HOLLISTER
One Indiana Square, Suite 3500
Indianapolis, IN 46204
317/713-3500

Bruce A. Schultz
COYNE SCHULTZ BECKER & BAUER
150 E. Gilman St., Suite 1000
Madison, WI 53703
608/255-1388

/s/ David C. Bender
David C. Bender
Christa Westerberg
Pamela R. McGillivray

McGillivray Westerberg & Bender
211 S. Paterson Street, Suite 320
Madison, WI 53703

1887985.1

2